## HERMAN M. ROMEYN agt. CHARLES KING.

Where an incredible number of witnesses are sworn to by a defendant to change the venue, the motion will be denied with costs on his own papers.

*April Term,* 1846.

MOTION by defendant to change the venue from the county of Ulster to the city and county of New-York.

It appeared that the action was libel. Defendant swore to *one hundred and forty-three* witnesses, residing in the city and county of New-York, as necessary, &c., and showed no special circumstances. Plaintiff's counsel *cited* 1 *Howard's Practice Reports*, 132.

CHARLES H. RAPALLO, *defendant's counsel and attorney.*
M. T. REYNOLDS, *plaintiff's counsel.*
M. SCHOONMAKER, *plaintiff's attorney.*

BEARDSLEY, Justice. Denied the motion, with costs, and stated that it was against all experience that so many witnesses were necessary in an action of libel, and, without looking at the papers on the other side, he should deny the motion, with costs.